BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

ALEX G. TSE (CABN 152348)
Chief, Civil Division

JULIE C. REAGIN (CABN 167934)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7181
    FAX: (415) 436-6570
    Julie.Reagin@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV 09-80102 MISC WHA |
| Plaintiff, | [PROPOSED] |
| v. | ORDER GRANTING APPLICATION FOR WRIT OF CONTINUING GARNISHMENT |
| MICHAEL A. JOHNSON, | |
| Defendant, | |
| ANNADEL MEDICAL GROUP, | |
| Garnishee. | |

Upon consideration of the United States' Application for Writ of Continuing Garnishment and for good cause shown,

IT IS HEREBY ORDERED that the United States' Application for Writ of Continuing Garnishment is granted.

IT IS FURTHER ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment to Annadel Medical Group, as Garnishee, for the purpose of garnishing property (including

ORDER GRANTING APPLICATION FOR WRIT OF CONTINUING GARNISHMENT
CV 09-80102 MISC WHA                1

1  nonexempt disposable earnings) in which Michael A. Johnson ("Defendant") has a substantial
2  nonexempt interest, in order to satisfy the judgment entered in the above-captioned case against the
3  Defendant.
4      IT IS SO ORDERED.

Dated: September 8, 2015.

                                      WILLIAM H. ALSUP
                                      United States District Judge