1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   ALEX G. TSE (CABN 152348)
3  Chief, Civil Division

4  JULIE C. REAGIN (CABN 167934)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-7181
7     FAX: (415) 436-6570
      Julie.Reagin@usdoj.gov
8
   Attorneys for Plaintiff
9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV 09-80102 WHA |
| Plaintiff, | DISPOSITION ORDER (WAGE GARNISHMENT) |
| v. | |
| MICHAEL A. JOHNSON, | |
| Defendant, | |
| ANNADEL MEDICAL GROUP, | |
| Garnishee. | |

      The United States has filed its Application for Disposition Order (Writ of Continuing Garnishment).

The Court finds that:

1.     Judgment debtor and defendant Michael A. Johnson (hereinafter "Defendant") is indebted to plaintiff United States of America in the original amount of $148,543.03, plus interest, arising out of a State Court Judgment in a Civil Case (the "Judgment") for unpaid Health Education Assistance Loans.

DISPOSITION ORDER
CV 09-80102 MISC WHA

1  The Judgment was entered on March 22, 2002 and filed in the United States District Court for the
2  Northern District of California on May 11, 2009 and entered in the Court's docket on May 12, 2009 in
3  the above-captioned matter.   As of September 1, 2015, the balance due on this debt was $208,843.25.
4  2.    The Court issued its Writ of Continuing Garnishment, directed to the Garnishee Annadel
5  Medical Group, and the Writ was served on the Garnishee.
6  3.    The Garnishee filed an answer to the Writ indicating that at the time of the service of the Writ,
7  the Garnishee owed the Defendant money and will owe the Defendant money in the foreseeable future.
8  The payment type was identified as "wages."
9  4.    The Defendant was notified of his right to a hearing and to object to the Garnishee's Answer.
10 The Defendant has neither requested a hearing nor filed an objection to the Garnishee's Answer, and the
11 time to do so has expired.
12 Based on the foregoing, and for good cause shown,
13     IT IS HEREBY ORDERED that the Garnishee, Annadel Medical Group shall pay to the
14 Plaintiff, out of the last paycheck of each month, 25% of Defendant's non-exempt disposable earnings
15 under the Order of Withholding From Earnings, and to continue said payments to the Plaintiff until the
16 judgment debt to the Plaintiff is paid in full, until the Garnishee no longer has possession, custody, or
17 control of any earnings belonging to the Defendant, or until further Order of the Court.

Dated:  November 9, 2015.

_____
WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

DISPOSITION ORDER
CV 09-80102 MISC WHA